UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA Division

**CIVIL RIGHTS COMPLAINT FORM**

(Pursuant to the Civil Rights Act, 42 U.S.C. § 1983)

JOSHUA S. BORK, #60122018

CASE NUMBER: 8:14 cv 3011 T17 EAJ

(To be supplied by Clerk's Office)

v.

CORRECTION CORPORATION OF AMERICA,
MARY BOWERMASTER,
TODD WASMER,
DANIEL GREENWALD,
BRET TOUCHTON,
STEVEN FARRELL,
LORETTA KELLER,
RICHARD BOWMAN,

2014 DEC -1 PM 2:19
FILED

I. **PLACE OF PRESENT CONFINEMENT:** Citrus County Detention Facility, 2604 W. Woodland Ridge Dr., Lecanto, FL 34461

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in a prison, jail, or detention center. 42 U.S.C. §1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. **PREVIOUS LAWSUITS:**

a. Have you initiated any other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No ( X )

b. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No ( X )

c. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

i. Parties to the previous lawsuit:
Plaintiff(s): N/A
Defendant(s): N/A

ii. Court(if federal court, name the district; if state court, name the county : N/A



IFP

iii. Docket number: N/A
iv. Name of judge: N/A
v. Briefly describe the facts and basis of the lawsuit: N/A
vi. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): N/A
vii. Approximate filing date: N/A
viii. Approximate disposition date: N/A

d. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted? If so, identify these suits below by providing the case number, the style, and the disposition of each case: N/A

IV. **PARTIES:**

a. Plaintiff: Joshua Stephen Bork
Mailing Address: 1601 Woodland Ave., Burlington, NC 27215

b. Additional Plaintiffs: N/A

c. Defendant: CORRECTIONS CORPORATION OF AMERICA
Mailing Address: 10 Burton Hills Blvd., Nashville, TN 37215
Position: CORPORATE ENTITIY (CITRUS COUNTY DETENTION FACILITY)
Employed at: N/A

d. Defendant: MARY BOWERMASTER
Mailing Address: 2604 W. WOODLAND RIDGE DR., LECANTO FL, 34461
Position: CAPTAIN, SHIFT SUPERVISOR
Employed at: CORRECTIONS CORPORATION OF AMERICA

e. Defendant: DANIEL GREENWALD
Mailing Address: 2604 W. WOODLAND RIDGE DR., LECANTO FL, 34461
Position: CORRECTIONAL OFFICER, S.O.R.T. MEMBER
Employed at: CORRECTIONS CORPORATION OF AMERICA

f. Defendant: LORETTA KELLER
Mailing Address: 2604 W. WOODLAND RIDGE DR., LECANTO FL, 34461
Position: NURSE
Employed at: CORRECTIONS CORPORATION OF AMERICA

g. Defendant: BRET TOUCHTON
Mailing Address: 2604 W. WOODLAND RIDGE DR., LECANTO FL, 34461
Position: INSPECTOR/INVESTIGATOR
Employed at: CORRECTIONS CORPORATION OF AMERICA

h. Defendant: STEPHEN FARRELL
Mailing Address: 2604 W. WOODLAND RIDGE DR., LECANTO FL, 34461
Position: CORRECTIONAL OFFICER, S.O.R.T. CAPTAIN/TEAM LEADER
Employed at: CORRECTIONS CORPORATION OF AMERICA

i. Defendant: RICHARD BOWMAN
Mailing Address: 2604 W. WOODLAND RIDGE DR., LECANTO FL, 34461
Position: CORRECTIONAL OFFICER
Employed at: CORRECTIONS CORPORATION OF AMERICA

j. Defendant: TODD WASMER
Mailing Address: 2604 W. WOODLAND RIDGE DR., LECANTO, FL 34461
Position: CHIEF OF SECURITY
Employed at: CORRECTIONS CORPORATION OF AMERICA

V. **STATEMENT OF CLAIM**:

VIOLATIONS OF: *1ST AMMEND.* RIGHT TO REDRESS GRIEVANCES, REPRISALS FOR USING THE GRIEVANCE PROCESS, OUTRIGHT DENIAL OF ACCESS TO THE GRIEVANCE PROCESS; *4TH AMMEND.* RIGHTS REGARDING SEARCH AND SEIZURE OF PRIVILAGED MAIL, CENSORING OF OUTGOING PERSONAL/LEGAL MAIL, AND INVASIVE INTRUSION OF PRIVACY; *8TH AMMEND.* PROTECTIONS AGAINST CRUEL AND UNUSUAL PUNISHMENT; *14TH AMMEND.* RIGHTS OF DUE PROCESS, REGARDING THE RIGHT TO ASSISANCE OF AND ACCESS TO COUNSEL.

VI. **STATEMENT OF FACTS**:

**ALL FACTS AND EVENTS OCCURRED AT THE CITRUS COUNTY DETENTION FACILITY, 2604 W. WOODLAND RIDGE DR., LECANTO, FL 34461**

1. OFFICERS GREENWALD AND FARRELL COMMITTED REPEATED ACTS OF PHYSICAL AND VERBAL ABUSE/VIOLENCE AGAINST PLAINTIFF, BETWEEN JUN 10, 2014-AUG 10, 2014; RESULTING IN SEVERE BRUISING, CUTS, 4 CHIPPED TEETH, NERVE DAMAGE IN LEFT HAND, SEVERE FEAR AND ANXIETY, AND NIGHTMARES

2. CAPTAIN BOWERMASTER, CHIEF WASMER, AND OFFICER BOWMAN CONSISITANTLY AND REPEATEDLY DENIED PLAINTIFF ACCESS TO SHOWERS FOR PERIODS OF 2-3 WEEKS AT A TIME, BETWEEN JUN 10, 2014-AUG 10, 2014; RESULTING IN SORES AND PERMANENT SCARRING OVER MUCH OF BODY.

3. NURSE KELLER REPEATEDLY DENIED PLAINTIFF MEDICAL ATTENTIOPN, PSYCIATRIC MEDICATIONS, AND OTHER PERSCRIPTION MEDICATIONS, BETWEEN MAY 23, 2014-OCT 1, 2014; RESULTING IN PHYSICAL AND MENTAL WITHDRAWEL FROM AFFORMENTIONED MEDICATIOS, SEVER DEPRESSION, ATTEMPTED SUICIDE, CHRONIC ANXIETY, MOBILITY ISSUES DUE TO PREEXISTING AND KNOWN MEDICAL DISABILITIES, NIGHTMARES, SORES AND SCARRING, AND LOSSING OF MEDICATION EFFECTIVENESS. IN JULY 2014 ALONE, PLAINTIFF WAS DENIED ACCESS TO MEDICATIONS MORE THAN 15 TIMES.

4. CHIEF WASMER AND INVESTIGATOR TOUCHTON ENGAGED IN REPEATED ACTS OF OPENING AND CENSORING, AS WELL AS OUTRIGHT DESTRUCTION, OF OUTGOING LEGAL AND PERSON MAIL-SPECIFICALLY, MAIL OUTLINING AND REPORTING ABUSES TO BOTH FEDERAL AND STATE ATTORNIES, AS WELL AS THE U.S. DEPARTMENT OF JUSTICE-BETWEEN JUN 10, 2014-OCT 10, 2014; THIS INCLUDED NOTARIZED POWER OF ATTORNEY FORMS AND APPLICATIONS TO/REQUEST FOR MENTAL HEALTH PROGRAMS AND COUNSELING; THEREBY INTERFERING WITH PLAINTIFFS ABILITY TO COMMUNICATE WITH ATTORNIES REGARDING ONGOING CRIMINAL PROCEEDINGS, LEGAL OPTIONS, AND POSSIBLE LESSER REMEDIES TO ONGOING ABUSES AND VIOLATIONS.

5. OFFICERS GREENWALD, FARRELL, BOWMAN, CHIEF WASMER, CAPTAIN BOWERMASTER, INVESTIGATOR TOUCHTON, AND NURSE KELLER REPEATEDLY DENIED PLAINTIFF ACCESS TO THE GRIEVANCE PROCESS, OR PUNISHED PLAINTIFF FOR ATTEMPTED USE OF GRIEVANCE

PROCESS; THROUGH DESTRUCTION OF INFORMAL/FORMAL GRIEVANCES, THROWING THE GRIEVANCES IN THE GARBAGE RATHER THAN ALLOWING THEM TO BE SUBMITTED, AND INSTRUCTING OTHER OFFICERS TO DO THE SAME, AS WELL AS OUTRIGHT DENIAL OF ACCESS TO THE GRIEVANCE FORMS, OR GIVING PHOTOCOPIES OF THE FORMS(WITHOUT CARBON COPIES OR ACCESS TO COPIES), AND THROUGH RESTRICTING ACCESS TO TELEPHONE/COMMISSARY/VISITATION AS REPRISALS FOR ATTEMPTING TO UTILIZE GRIEVANCE PROCESS.

6. STAFF MEMBERS AND ADMINISTRATORS WERE REPEATEDLY INFORMED AND GRIEVED VERBALLY AND IN WRITING VIA THE INFORMAL AND FORMAL GRIEVANCE PROCESSES. DESPITE THESE REPEATED ATTEMPTS TO ADDRESS THE CRUEL AND UNUSUAL PUNISHMENTS AND ABUSES, THE ISSUES CONTINUED UNTIL LATE OCTOBER 2014. NUMEROUS STAFF AND INMATES HAVE WITNESSES THE ABUSES, NEGLECT, AND REPEAT VIOLATIONS OF PLAINTIFF'S RIGHTS.

7. MEALS OFTEN TAMPERED WITH OR DENIED COMPLETELY, FOR DAYS ON END DURING THIS TIME PERIOD. PLAINTIFF WOULD OFTEN RECEIVE TRAYS THAT HAD ALREADY BEEN EATEN OR NO TRAYS AT ALL, AND ON AT LEAST ONE OCCASION OFFICER FARREL SPIT DIRECTLY INTO PLAINTIFF'S FOOD IMMEDIATELY PRIOR TO SERVING.

8. PLAINTIFF REPEATEDLY WITNESSED BOTH PHYSICAL AND VERBAL VIOLENCE AND ABUSE AGAINST OTHER INMATES DURING THIS TIME PERIOD, BY NUMEROUS STAFF MEMBERS, INCLUDING THOSE LISTED IN THIS SUIT.

9. PLAINTIFF ATTEMPTED TO FILE FORMAL GRIEVANCE WITH CEO/DIRECTOR OF CORRECTIONS CORPORATION OF AMERICA. DEFENDANT(S) STOPPED OUTGOING GRIEVANCE, OPENED AND DESTROYED. CEO DAMON HENINGER, 10 BURTON HILLS BLVD, NASHVILLE, TN 37215, NEVER RECEIVED FORMAL GRIEVANCE SEALED AND ADDRESSED PERSONALLY TO HIM.

**VII. RELIEF REQUESTED:**

a. FINANCIAL COMPENSATION IN THE AMMOUNT OF $500,000.00; FOR INJURIES, DENTAL WORK, PHYSICAL PAIN AND SUFFERING, AND PSYCHOLOGICAL TRAUMA/SUFFERING

b. PERMANENT TERMINATION OF ALL NAMED DEFENDANTS FROM THE EMPLOYMENT OF CORRECTION CORPORATION OF AMERICA, WITH INJUNCTION PREVENTING ANY DEFENDANT FROM WORKING IN ANY FUTURE CORRECTIONS OR LAW ENFORCEMENT JOB/ROLE.

c. SANCTIONS AND INJUNCTION COMPELLING CCA AND CITRUS COUNTY DETENTION FACILITY TO ABIDE BY ALL FEDERAL, STATE AND CORPORATE REGULATIONS REGARDING/REGULATING JAILS, PRISONS, AND DETENTION FACILITIES, WITH EMPHASIS ON ATTENTION TO INMATE RIGHTS, FOLLOWED BY COMPLIANCE INVESTIGATION AFTER PREDETERMINED TIME PERIOD.

I DECLARE UNDER PENALTY OF PERJURY THER THE FOREGOING IS TRUE AND CORRECT.

Signed this 21 day of November , 2014.

Joshua S. Bond

(Signature of all plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
( ) delivered to prison officials for mailing or (X) deposited in the prisons internal mail on: the 27 day of November , 2014.

Joshua S. Bork, 60122018
2604 W. Woodland Ridge Dr
ecanto, FL 34461



United States District Court
Middle District of Florida
Office of the Clerk
Sam M. Gibbons US courthouse
801 N. Florida Ave
Room 218
Tampa, FL 33602-3800

LEGAL MAIL

This envelope contains legal mail. This mail is considered "Privileged" under Federal Law. Per U.S.C. 18 §1705, Any person or entity Fand to have opened, detained, delayed, or in any way tampered with this envelope or its' contents is subject to 5 years in prison, Fines, or both.

This correspondence [illegible] the CC[illegible] Citrus County Detention Facility. The CCA/Citrus County Detention Facility is not responsible for the substance or content of the enclosed correspondence.

LEGAL MAIL

SCREENED By USMS

LEGAL MAIL